UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————

MAURICE SEYMORE,

                          Plaintiff,              11 Civ. 2254 (JGK)

          - against -                             MEMORANDUM OPINION AND
                                                  ORDER
CITY OF NEW YORK ET AL.,

                          Defendant.
————————————————————————————————

JOHN G. KOELTL, District Judge:

     The plaintiff's time to file his Second Amended Complaint
shall be extended until **January 18, 2013.**  The time for all
defendants to move or answer the plaintiff's Second Amended
Complaint is stayed until **March 1, 2013**.

     The petitioner has also moved for the appointment of pro
bono counsel.  The Court of Appeals for the Second Circuit has
articulated factors that should guide the Court's discretion to
appoint counsel to represent an indigent civil litigant under 28
U.S.C. § 1915.  See Hodge v. Police Officers, 802 F.2d 58, 61-62
(2d Cir. 1986).  For the Court to order the appointment of
counsel, the petitioner must, as a threshold matter, demonstrate
that his claim has substance or a likelihood of success on the
merits.  See Hodge, 802 F.2d at 60-61.  Only then can the Court
consider the other factors appropriate to determination of
whether counsel should be appointed: "plaintiff's ability to

obtain representation independently, and his ability to handle

the case without assistance in the light of the required factual

investigation, the complexity of the legal issues, and the need

for expertly conducted cross-examination to test veracity."

Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir.

1989).  The plaintiff has not yet made such a showing.

The plaintiff's application for the Court to appoint

counsel is therefore **denied without prejudice** for failure to

make the required showing at this time.

SO ORDERED.

Dated:      New York, New York
            November 15, 2012

John G. Koeltl
United States District Judge